State ex rel J. H. PEARSON v. S. OTHO WILSON.

[For Syllabus see State ex rel Caldwell v. Wilson, (*ante*), page 425.]

ACTION in nature of *quo warranto* to try the title to the office of Railroad Commission, tried before *Robinson, J.,* at October Term, 1897, of WAKE Superior Court.    From a judgment for the plaintiff the defendant appealed.

*Messrs. MacRae & Day* and *A. C. Avery,* for plaintiff.
*Messrs. R. O. Burton, Spier Whitaker* and *J. C. L. Harris,* for defendant (appellant).

DOUGLAS, J.:    The facts in this case are substantially similar to those in *Caldwell* v. *Wilson,* and the questions of law are identical.    For the reasons given in that case, the judgment in this case, in the Court below, is affirmed, and judgment will be entered here that the relator Pearson is entitled to the office of Railroad Commissioner now held by the defendant Wilson; that the defendant is not entitled

thereto, and that he be ousted therefrom, and that the relator Pearson be placed in the possession of said office, with all its records and appurtenances thereunto rightfully belonging.

Affirmed.